UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JUIVONNE LITTLEJOHN,

        Petitioner,              Case No. 2:20-cv-130

v.                                 Honorable Paul L. Maloney

GRETCHEN WHITMER et al.,

        Respondents.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 11, 2020                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge